RICHARD D. BURSTEIN - Bar No. 56661
MICHAEL W. DAVIS - Bar No. 274126
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
rburstein@ebg-law.com
mdavis@ebg-law.com

Attorneys for David Seror, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:12-bk-10231-MT |
| OWNER MANAGEMENT SERVICE, LLC, | Chapter 7 |
| Debtor. | **PROOF OF PUBLICATION BY LOS ANGELES TIMES RE NOTICE OF CLAIMS BAR DATE** |
| | [No Hearing Required] |

637619

1

RECORDING/FILING REQUESTED BY AND MAIL TO:
Ezra Brutzkus Gubner LLP
21650 Oxnard St
Woodland Hills, CA 91367

**PROOF OF PUBLICATION**
(California Code of Civil Procedure 2010, 2015.5)

STATE OF CALIFORNIA
County of Los Angeles

I am a citizen of the United States and a resident of the
aforesaid County. I am over the age of eighteen years (18)
years, and not a party to or interested in the above-entitled
matter. I am the Principal Clerk of the printer of the
**LOS ANGELES TIMES,** a newspaper of general
circulation, printed and published DAILY in the City
of Los Angeles, County of Los Angeles and which
newspaper was adjudged a newspaper of general circulation by
the Superior Court of the County of Los Angeles, State of California,
under the date of April 28, 1952, Case Number 598599.
The notice, a true and correct copy of which is annexed, has been
published in each regular and entire issue of said newspaper on the
following dates, to wit:

SUNDAY; JULY 01, 2012, SUNDAY; JULY 08, 2012
SUNDAY; JULY 15, 2012, SUNDAY; JULY 22, 2012

I certify (or declare) under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

Dated at Los Angeles, California,

This 30th day of JULY, 2012

_____
Signature

Veronica Chavez

---

**NOTICE OF BANKRUPTCY CLAIMS BAR DATE**

TO ALL CREDITORS INTERESTED PARTIES OF OWNER MANAGEMENT, LLC, aka TRUST HOLDINGS SERVICES CO., aka BILL PAY SERVICE AND aka BOSTON HOLDINGS

PLEASE TAKE NOTICE that with regard to the bankruptcy case of Owner Management Service, LLC, aka Trust Holdings Service Co., aka Bill Pay Service and aka Boston Holdings ("Debtor"), United States Bankruptcy Court, Central District of California, Case Number 1:12-bk-10231-MT, the Court has established a claims bar date of July 25, 2012. Timely claims must be received the Court Clerk's office by that date. The address for the Bankruptcy Court Clerk's office is: 21041 Burbank Blvd., Woodland Hills, CA 91367-6603.

Dated: June 22, 2012

EZRA BRUTZKUS GUBNER LLP
By: Richard D. Burstein
Attorneys for David Seror,
Chapter 7 Trustee for Debtor
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818-827-9000

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**

A true and correct copy of the foregoing document entitled (*specify*):**PROOF OF PUBLICATION BY LOS ANGELES TIMES RE NOTICE OF CLAIMS BAR DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ronald D Tym RTym@Tymfirm.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
Robert M Yaspan court@yaspanlaw.com, tmenachian@yaspanlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Boulevard, Courtroom 302
Woodland Hills, CA 91367

**REQUESTS FOR SPECIAL NOTICE**

Seterus, Inc.                          McCarthy & Holthus, LLP
PO Box 4128                            1770 Fourth Avenue
Beaverton, OR 97076-4121               San Diego, CA 92101

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2012 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| Date | Type Name | Signature |