RICHARD D. BURSTEIN - Bar No. 56661
MICHAEL W. DAVIS - Bar No. 274126
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
rburstein@ebg-law.com
mdavis@ebg-law.com

Attorneys for David Seror, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>OWNER MANAGEMENT SERVICE, LLC,<br><br>Debtor. | Case No. 1:12-bk-10231-MT<br><br>Chapter 7<br><br>**PROOF OF PUBLICATION BY DAILY COMMERCE RE NOTICE OF CLAIMS BAR DATE**<br><br>[No Hearing Required] |

1

637618

(When required)
RECORDING REQUESTED BY AND MAIL TO:

**DAILY COMMERCE**
~ SINCE 1917 ~

915 E FIRST ST, LOS ANGELES, CA 90012
Mailing Address: P.O. Box 54026, Los Angeles, California 90054-0026
Telephone (213) 229-5300 / Fax (213) 229-5481

This space for filing stamp only

JUANITA TRESHINSKY
21650 OXNARD STE. 500
WOODLAND HILLS, CA - 91367

DC #: 2339000

NOTICE OF BANKRUPTCY CLAIMS BAR DATE TO ALL CREDITORS INTERESTED PARTIES OF OWNER MANAGEMENT, LLC, aka TRUST HOLDINGS SERVICES CO., aka BILL PAY SERVICE AND aka BOSTON HOLDINGS PLEASE TAKE NOTICE that with regard to the bankruptcy case of Owner Management Service, LLC., aka Trust Holdings Service Co., aka Bill Pay Service and aka Boston Holdings ("Debtor"), United States Bankruptcy Court, Central District of California, Case Number 1:12-bk-10231-MT, the Court has established a claims bar date of July 25, 2012. Timely claims must be received the Court Clerk's office by that date. The address for the Bankruptcy Court Clerk's office is: 21041 Burbank Blvd., Woodland Hills, CA 91367-6603. Dated: June __, 2012 EZRA BRUTZKUS GUBNER LLP By: Richard D. Burstein Attorneys for David Seror, Chapter 7 Trustee for Debtor 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367 Telephone: 818-827-9000
6/28, 7/5, 7/12/12

DC-2339000#

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California    )
County of Los Angeles ) ss

Notice Type:    LEGAL3 - LEGAL NOTICE-3

Ad Description:
Notice of Bar Date for Publication

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the DAILY COMMERCE, a newspaper published in the English language in the city of LOS ANGELES, county of LOS ANGELES, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of LOS ANGELES, State of California, under date 10/30/1981, Case No. 599760. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

06/28/2012, 07/05/2012, 07/12/2012

Executed on: 07/12/2012
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

* A 0 0 0 0 0 2 7 3 6 1 1 0 *

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**

A true and correct copy of the foregoing document entitled (*specify*):**PROOF OF PUBLICATION BY DAILY COMMERCE RE NOTICE OF CLAIMS BAR DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ronald D Tym RTym@Tymfirm.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
Robert M Yaspan court@yaspanlaw.com, tmenachian@yaspanlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Boulevard, Courtroom 302
Woodland Hills, CA 91367

**REQUESTS FOR SPECIAL NOTICE**

| | |
|---|---|
| Seterus, Inc. | McCarthy & Holthus, LLP |
| PO Box 4128 | 1770 Fourth Avenue |
| Beaverton, OR 97076-4121 | San Diego, CA 92101 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2012 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Type Name* | *Signature* |