STEVEN T. GUBNER - Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
MICHAEL W. DAVIS - Bar No. 274126
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Emails:    sgubner@bg.law
           rburstein@bg.law
           mdavis@bg.law

Attorneys for David Seror, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>OWNER MANAGEMENT SERVICE, LLC; OMS, LLC dba in California as OMS GLOBAL, LLC, f/k/a RAMSFIRE GLOBAL, LLC; RAMSFIRE EQUITY PARTNERS, INC.; WESTSIDE SERVICING COMPANY; CD-04, INC.; CREATIVE GROUP RESOURCE, LLC; DOROTHY MATSUBA; THOMAS MATSUBA; and JAMIE MATSUBA,<br><br>Consolidated Debtors. | Case No. 1:12-bk-10231-MT<br><br>Chapter 7<br><br>**MOTION OF CHAPTER 7 TRUSTEE FOR ALLOWANCE OF ADMINISTRATIVE TAX CLAIMS**<br><br>[11 U.S.C. § 503(b)(1)(B)]<br><br>[No hearing required unless requested pursuant to Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE MAUREEN A. TIGHE, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL OTHER INTERESTED PARTIES:**

David Seror, Chapter 7 Trustee ("Seror" or "Trustee") for the bankruptcy Estate (the "Estate") of consolidated debtors Owner Management Service, LLC; OMS, LLC dba in California as OMS Global, LLC f/k/a Ramsfire Global, LLC; Ramsfire Equity Partners, Inc.; Westside Service Company; CD-04, Inc.; Creative Group Resource, LLC; Dorothy Matsuba; Thomas Matsuba; and, Jamie Matsuba (together the "Consolidated Debtors"), hereby moves (the "Motion") pursuant to 11 U.S.C. § 503(b)(1)(B) for allowance of an administrative expense claim resulting from taxes

1

1729257

incurred by the Estate that became due and owing post-petition to the Franchise Tax Board ("FTB") in the total amount of $13,117 (the "Tax Liability"), and authority, subject to the provisions of 11 U.S.C. § 726, to pay the Tax Liability from available funds. In support of his Motion, the Trustee submits the following:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper pursuant to 28 U.S.C. § 1408.

2. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A)(B) and (M). The relief sought is appropriate and proper pursuant to 11 U.S.C. § 503(b)(1)(B).

## II. BACKGROUND

3. On January 9, 2012 (the "Petition Date"), Owner Management Services, LLC (with a variety of fictitious business names), commenced this case by filing a voluntary petition under Chapter 11. On March 14, 2012, the Court entered an order converting this case to one under Chapter 7. David Seror was appointed as the Chapter 7 Trustee of the Estate and continues in that capacity.

4. On May 14, 2015, the Court entered its Order and Judgment in a related adversary proceeding granting a motion for summary judgment re substantive consolidation consolidating all the other persons enumerated hereinabove with the original debtor as debtors. David Seror is the Chapter 7 Trustee of Consolidated Debtors' case.

5. From his administration of Estate assets, the Trustee is holding approximately $2,925,384.00.

6. The Trustee has employed CBIZ Valuation Group, LLP ("CBIZ")[1] as his financial advisors to, among other things; prepare tax returns on behalf of the Estate, to advise the Trustee as to tax-related issues, and to comply with state and federal taxing regulations. CBIZ has advised the Trustee that the Tax Liability is due and owing to the FTB as a result of: (1) 2016 and 2017 franchise

---

[1] Trustee's application to employ CBIZ [Docket No. 135], and the Order approving the same [Docket No. 267].

2

tax fees; and, (2) 2016 and 2017 estimated taxes.

## III. BASIS FOR RELIEF AND RELIEF REQUESTED

7. 11 U.S.C. § 503(b)(1)(B) provides that: "**(b)** After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including—**(1) … (B)** any tax— **(i)** incurred by the estate, whether secured or unsecured, including property taxes for which liability is *in rem, in personam*, or both, except a tax of a kind specified in section 507(a)(8) of this title…."

8. The Trustee seeks allowance of the Estate's liability to the FTB, in the aggregate amount of $13,117 as an administrative expense pursuant to 11 U.S.C. § 503(b)(1)(B) and the authority, subject to the provisions of 11 U.S.C. § 726, to pay the Tax Liability from available funds.

**WHEREFORE,** the Trustee respectfully prays that the Motion be granted and for such other and further relief as is necessary and proper.

Dated: February 13, 2017    **BRUTZKUS GUBNER**

By:    /s/ Michael W. Davis
      Richard D. Burstein
      Michael W. Davis
Attorneys for David Seror, Chapter 7 Trustee

1729257

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.**

A true and correct copy of the foregoing document entitled**: MOTION OF CHAPTER 7 TRUSTEE FOR ALLOWANCE OF ADMINISTRATIVE TAX CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 13, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  - See attached page

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **February 13, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe  
United States Bankruptcy Court  
21041 Burbank Blvd., Suite 324  
Woodland Hills, CA 91367

State of California  
Bankruptcy Section MS A340  
Franchise Tax Board  
PO Box 2952  
Sacramento, CA 95812-2952

☐ Service information continued on attached page\

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 13, 2017 | JESSICA ROEL | /s/ Jessica Roel |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**BY COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Sean D Allen    sda@sghoalaw.com
- Gregory J Babcock    gbabcockecf@hotmail.com
- Julian K Bach    Julian@Jbachlaw.com, julianbach@sbcglobal.net
- Jessica L Bagdanov    jbagdanov@brutzkusgubner.com, ecf@brutzkusgubner.com
- Leslie M Baker    L.baker@oms-llc.com
- Leslie M Baker    lesliebaker@earthlink.net
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;slee@sulmeyerlaw.com
- Justin D Balser    justin.balser@akerman.com, toni.domres@akerman.com;elizabeth.streible@akerman.com;katherine.macelwain@akerman.com;tamara.landgren@akerman.com;nick.mangels@akerman.com
- Andrew Bao    aabao@wolfewyman.com, kabeall@wolfewyman.com
- Adam N Barasch    anb@severson.com, dgl@severson.com;efiling@severson.com
- James C Bastian    jbastian@shbllp.com
- Reed Bernet    rbernet@brutzkusgubner.com, ecf@brutzkusgubner.com
- Reagan E Boyce    rboyce@brutzkusgubner.com, ecf@brutzkusgubner.com
- Nathaniel M Brodnax    bankruptcy@zievelaw.com
- Patrick K Bruso    bruso005@umn.edu
- Joely Khanh Linh Bui    wdk@wolffirm.com
- Kim A Bui    kbui@allenmatkins.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Richard Burstein    rburstein@brutzkusgubner.com, ecf@brutzkusgubner.com
- Chad L Butler    ecfcacb@piteduncan.com
- Brendt C Butler - SUSPENDED -    brendt.butler@gmail.com
- Jonathan C Cahill    ecfcacb@aldridgepite.com, jcahill@aldridgepite.com;JCC@ecf.inforuptcy.com
- Drew A Callahan    dcallahan@aldridgepite.com, unionbankecf@aldridgepite.com
- Anthony P Cara    , Martha.ormonde@gmail.com
- Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
- Harris L Cohen    hcohen00@aol.com
- Deborah Conley    bankruptcyecfmail@mccallaraymer.com
- Donald H Cram    dhc@severson.com, jc@severson.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Nicolas A Daluiso    ndaluiso@robinsontait.com, ssears@robinsontait.com;mhunter@robinsontait.com;ncarson@robinsontait.com;tbitney@robinsontait.com;nquarnstrom@robinsontait.com
- Ryan M Davies    rdavies@zievelaw.com, bankruptcy@zievelaw.com
- Michael W Davis    mdavis@brutzkusgubner.com, ecf@brutzkusgubner.com
- Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Mark T. Domeyer    mdomeyer@denleyinvestment.com
- Jacqueline S Eberhard    bknotice@mccarthyholthus.com
- Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com
- Mark D Estle    mdestle@estlelaw.com

1729257

- Dane W Exnowski    dane.exnowski@buckleymadole.com, cabk@BuckleyMadole.com
- Bryan S Fairman    ecfcacb@aldridgepite.com, BSF@ecf.inforuptcy.com;bfairman@aldridgepite.com
- Fahim Farivar    ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com,sgaeta@bakerlaw.com
- Susan L Ferguson    Susan.L.Ferguson@gmail.com
- Michelle T Fernandez    mfernandez@fiorelaw.com
- Edward J Fetzer    edwardfetzer@gmail.com, caecf@tblaw.com
- Daniel K Fujimoto    wdk@wolffirm.com
- Daniel K Fujimoto    wdk@wolffirm.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Michelle R Ghidotti    mghidotti@ghidottilaw.com, ECFNotifications@ghidottilaw.com
- Philip J Giles    giles.phil@gmail.com
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Steven M Gluck    sgluck@juno.com
- Michael R Gonzales    lbcecf@bvwlaw.com
- Steven T Gubner    sgubner@brutzkusgubner.com, ecf@brutzkusgubner.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@brutzkusgubner.com
- Kevin Hahn    kevin@mclaw.org
- Coby R Halavais    coby@halavaislaw.com
- Coby R Halavais    coby@halavaislaw.com
- Teresa Y Hillery    teresa.hillery@fnf.com
- Jonathan M Hurst    jonathanhurstlaw@gmail.com, theresa.macaulay@bryancave.com
- Jonathan M Hurst    jon.hurst@bryancave.com, theresa.macaulay@bryancave.com
- Michael D Iverson    mdiversonesq@hotmail.com
- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Starlet J Japp    sjapp@amslca.com, bnc@amslca.com
- Cori B Jones    cjones@wrightlegal.net, spolin@wrightlegal.net
- James A Judge    james@thejudgefirm.com, anja@thejudgefirm.com
- Neil B Katz    neilkatz@pacbell.net
- Talin Keshishian    tkeshishian@brutzkusgubner.com, ecf@brutzkusgubner.com
- Talin Keshishian    tkeshishian@ebg-law.com, ecf@brutzkusgubner.com
- John W Kim    johnkim@jwklawgroup.com
- William W Kim    william@parkandlim.com
- Yale K Kim    ykim@allenmatkins.com, lpanderson@allenmatkins.com
- Alyssa B Klausner    abk@sghoalaw.com
- Leslie M Klott    bankruptcy@zievelaw.com
- Jason C Kolbe    bknotice@rcolegal.com
- Michael D Kolodzi    mdk@mdklawfirm.com
- Bernard J Kornberg    bjk@severson.com, elw@severson.com
- Bernard J Kornberg    bjk@severson.com, elw@severson.com
- David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- Laszlo Ladi    lladi@mccarthyholthus.com
- Asya Landa    cmartin@pralc.com
- Erin L Laney    ecfcacb@piteduncan.com

6

1729257

- Matthew B Learned    mlearned@mccarthyholthus.com, schoi@mccarthyholthus.com
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@mccarthyholthus.com
- Bryan Leifer    bryan.leifer@lewisbrisbois.com, bonnie.reinhard@lewisbrisbois.com
- Halie Leonard    hleonard@pralc.com, cmartin@pralc.com
- Jonathan A Loeb    jloeb@blankrome.com, fpippo@blankrome.com
- Erica T Loftis    Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com
- Terry Loftus    bknotice@mccarthyholthus.com, tloftus@mccarthyholthus.com
- Melissa Davis Lowe    mdavis@shbllp.com, sswartzell@shbllp.com
- Joe M Lozano    notice@NBSDefaultServices.com
- Erin A Maloney    EMaloney@fiorelaw.com
- Jeannette Marsala    jmarsala@marsalalawfirm.com, jmarsala@marsalalawfirm.com
- Angie M Marth    amarth@logs.com, ssali@logs.com
- J. Barrett Marum    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- David E McAllister    ecfcacb@aldridgepite.com, dem@ecf.inforuptcy.com;dmcallister@aldridgepite.com
- Erin M McCartney    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
- William F McDonald    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- Reed M Mercado    rmercado@sheppardmullin.com
- Jennifer S Muse    jsm@amclaw.com, lmg@amclaw.com,amc@amclaw.com
- Marisol A Nagata    cdcaecf@bdfgroup.com
- Natalie T Nguyen    nnguyen@piteduncan.com
- Brian Nomi    briannomi@yahoo.com
- Patrick R Noonan    PNoonan@bosslawfirm.com, PNoonan@bosslawfirm.com
- Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org
- Sherrill A Oates    soates@smithdollar.com, dsmith@smithdollar.com;rsutherland@smithdollar.com;mjones@smithdollar.com
- Chanel L Oldham    chanel.oldham@piblaw.com
- Parada K. Ornelas    ecfcacb@piteduncan.com
- Renee M Parker    bknotice@earthlink.net, rmparker@wrightlegal.net
- Joseph S Perry    jsperry@rewlaw.com
- Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com
- David M Poitras    dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- Michael Poole    Tonyqlaw@gmail.com, mpoole25@gmail.com;mpoole@socal.rr.com
- Stuart W Price    swprice@bryancave.com, apameh.vaziri@bryancave.com
- Casper J Rankin    ecfcacb@aldridgepite.com, CJR@ecf.inforuptcy.com
- Richard J Reynolds    rreynolds@bwslaw.com, psoeffner@bwslaw.com;tmims@bwslaw.com;rjr-nef@bwslaw.com;fcabezas@bwslaw.com
- Irina C Ribeiro    ecfcacb@piteduncan.com
- Cassandra J Richey    cmartin@pralc.com
- Melissa Robbins Coutts.    mcoutts@mccarthyholthus.com, jfiedler@mccarthyholthus.com
- Ricardo Rozen    rrozen@wrslawyers.com
- Timothy M Ryan    tryan@theryanfirm.com, ecf@theryanfirm.com
- Diego Santana    anja@thejudgefirm.com
- Edward G Schloss    egs2@ix.netcom.com
- John D Schlotter    ecfmail@aclawllp.com

- Valerie J Schratz   vschratz@greenhall.com
- David Seror   dseror@brutzkusgubner.com, ecf@brutzkusgubner.com
- David Seror (TR)   kpscion@ebg-law.com, C133@ecfcbis.com
- David Seror (TR)   mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- Timothy J Silverman   tsilverman@scheerlawgroup.com
- Ryan P Spitalnick   bnc@amslca.com, vaguirre@amslca.com
- Richard P Steelman   ricky.steelman@bryancave.com, Debbie.Throckmorton@BryanCave.com
- Jeffrey L Sumpter   jsumpter@epiqtrustee.com, jsumpter@cbiz.com
- Brian H Tran   bankruptcy@zievelaw.com
- Edward A Treder   cdcaecf@bdfgroup.com
- Meghann A Triplett   Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
- Ronald D Tym   RTym@Tymfirm.com
- Ronald D Tym   RTym@Tymfirm.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Carol G Unruh   cgunruh@sbcglobal.net
- Thomas B Ure   tbuesq@aol.com, ThomasUre@aol.com
- Gagan G Vaideeswaran   ecfcacb@aldridgepite.com, GGV@ecf.inforuptcy.com
- Melissa A Vermillion   cmartin@pralc.com
- Darlene C Vigil   cdcaecf@bdfgroup.com
- Darlene C Vigil   cdcaecf@bdfgroup.com
- Katherine S Walker   kwalker@amslca.com, bnc@amslca.com
- Kristin S Webb   bknotice@rcolegal.com, RCO@ecf.inforuptcy.com
- Edward T Weber   bknotice@rcolegal.com
- Sharon Z. Weiss   sharon.weiss@bryancave.com, raul.morales@bryancave.com
- Kristi M Wells   bknotice@rcolegal.com, RCO@ecf.inforuptcy.com
- Steven Werth   swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
- Reilly D Wilkinson   rwilkinson@scheerlawgroup.com
- Bethany Wojtanowicz   bethanyw@w-legal.com
- Jennifer C Wong   bknotice@mccarthyholthus.com
- Lukasz I Wozniak   Lwozniak@wrightlegal.net
- Lisa R Yamasaki   Lisa.r.Yamasaki@gmail.com, lisa.r.yamasaki@gmail.com
- Robert M Yaspan   court@yaspanlaw.com, tmenachian@yaspanlaw.com
- Michael D Zeff   jessicak@rosenthalzeff.com
- Les A Zieve   bankruptcy@zievelaw.com
- Kristin A Zilberstein   bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com
- Kristin A Zilberstein   bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com
- Debora M Zumwalt   bankruptcy@epsten.com, rlopez@epsten.com
- Debora M Zumwalt   bankruptcy@epsten.com, rlopez@epsten.com

1729257