STEVEN T. GUBNER - Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
MICHAEL W. DAVIS - Bar No. 274126
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Emails: sgubner@bg.law
rburstein@bg.law
mdavis@bg.law

Attorneys for David Seror, Chapter 7 Trustee

**FILED & ENTERED**

**MAR 13 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re

OWNER MANAGEMENT SERVICE, LLC; OMS, LLC dba in California as OMS GLOBAL, LLC, f/k/a RAMSFIRE GLOBAL, LLC; RAMSFIRE EQUITY PARTNERS, INC.; WESTSIDE SERVICING COMPANY; CD-04, INC.; CREATIVE GROUP RESOURCE, LLC; DOROTHY MATSUBA; THOMAS MATSUBA; and JAMIE MATSUBA,

Consolidated Debtors.

Case No. 1:12-bk-10231-MT

Chapter 7

**ORDER APPROVING TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY REAL ESTATE BROKER TO MARKET AND SELL THE REAL PROPERTY LOCATED AT 4819 BURGOYNE LANE, LA CANADA FLINTRIDGE, CALIFORNIA**

[No hearing required]

The Court considered the *Trustee's Application for Authority to Employ Real Estate Broker to Market and Sell the Real Property Located at 4819 Burgoyne Lane, La Canada Flintridge, California* filed on February 14, 2017 [Docket No. 1851] ("Application"), and the Declaration That No Party Requested a Hearing on Motion with respect thereto filed on March 8, 2017 [Docket No. 1866]. Good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is granted.

///

1

ORDER#119249#FDB792FE-6971-49D4-AA20-526D88D97D80

2.  The Trustee may employ Raford Management Company, Inc. and Rafael Figueroa as his real estate broker under the terms set forth in the Application, including the Listing Agreement attached thereto.

### #

Date: March 13, 2017

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge

2

ORDER#119249#FDB792FE-6971-49D4-AA20-526D88D97D80