1  STEVEN T. GUBNER - Bar No. 156593
   RICHARD D. BURSTEIN - Bar No. 56661
2  TALIN KESHISHIAN - Bar No. 201830
   MICHAEL W. DAVIS - Bar No. 274126
3  BRUTZKUS GUBNER
   21650 Oxnard Street, Suite 500
4  Woodland Hills, CA 91367
   Telephone: (818) 827-9000
5  Facsimile: (818) 827-9099
   Email:     sgubner@bg.law
6              rburstein@bg.law
               tkeshishian@bg.law
7              mdavis@bg.law

8  Attorneys for David Seror, Chapter 7 Trustee

9               **UNITED STATES BANKRUPTCY COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11              **SAN FERNANDO VALLEY DIVISION**

12

13 In re                                    Case No. 1:12-bk-10231-MT

14 OWNER MANAGEMENT SERVICE, LLC;           Chapter 7
   OMS, LLC dba in California as OMS
   GLOBAL, LLC, f/k/a RAMSFIRE GLOBAL,      **CHAPTER 7 TRUSTEE'S OPPOSITION**
15 LLC; RAMSFIRE EQUITY PARTNERS,           **TO NOTICE AND MOTION TO FILE**
   INC.; WESTSIDE SERVICING COMPANY;        **LATE CLAIM ON BEHALF OF JOYCE I.**
16 CD-04, INC.; CREATIVE GROUP              **KIM**
   RESOURCE, LLC; DOROTHY MATSUBA;
17 THOMAS MATSUBA; and, JAMIE
   MATSUBA,                                 **Hearing Date**
18                                          **Date:**  April 26, 2017
            Consolidated Debtors.           **Time:**  11:00 a.m.
19                                          **Place:** Courtroom 302
20                                                     United States Bankruptcy Court
                                                       21041 Burbank Blvd.
21                                                     Woodland Hills, CA  91367

22

23 **TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE,**

24 **JOYCE I. KIM AND HER COUNSEL OF RECORD, DEBTORS AND THEIR COUNSEL**

25 **OF RECORD, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST**

26 **HEREIN:**

27

28

1763603

David Seror, Chapter 7 Trustee ("Seror" or "Trustee") for the bankruptcy Estate (the "Estate") of consolidated debtors Owner Management Service, LLC; OMS, LLC dba in California as OMS Global, LLC f/k/a Ramsfire Global, LLC; Ramsfire Equity Partners, Inc.; Westside Service Company; CD-04, Inc.; Creative Group Resource, LLC; Dorothy Matsuba; Thomas Matsuba; and, Jamie Matsuba (together the "Consolidated Debtors"), hereby opposes (the "Opposition") the Notice and Motion ("Motion") to File Late Claim on Behalf of Joyce I. Kim ("Movant" or "Kim") filed on March 29, 2017.

The Trustee respectfully requests that the Motion be denied for the following reasons:

1) Movant cannot be permitted to file a late proof of claim because she had notice of the bankruptcy case and the claims bar date in 2012. Movant claims, without evidence, to have only learned of the bankruptcy case when she was recently served with the Trustee's Notice of Bankruptcy Stay in a state court proceeding filed post-petition on March 3, 2017 by the Movant against virtually all of the substantively consolidated debtors.

This Court set the original deadline for filing proof of claims against the pre-consolidated debtor, Owner Management Service, LLC for July 25, 2012 [Doc. No. 90]. The Trustee thereafter provided Notice of the Claims Bar Date by Publication in multiple publications, setting forth the claims bar date deadline of July 25, 2012 for all potential creditors of the estate. [Doc. Nos. 410 and 411]

On May 14, 2015, the Court entered its Order and Judgment in a related adversary proceeding, Case No. 1:13-ap-01394-MT, granting a motion for summary judgment re substantive consolidation ("Judgment re Substantive Consolidation") consolidating Debtor Owner Management Service, LLC dba Trust Holding Service Company dba Boston Holding Company dba Bill Pay Service, with the following entities and individuals: OMS, LLC; OMS Global, LLC; Ramsfire Global, LLC; Ramsfire Equity Partners, Inc.; Westside Servicing Company; CD-04, Inc.; Creative Group Resource, LLC; Dorothy Matsuba; Thomas Matsuba; and Jamie Matsuba, (collectively, "Consolidated Debtors"). [Doc. No. 167, Case 1:13-ap-01394-MT]. The Judgment re Substantive Consolidation was recorded in multiple counties on or about July 17, 2015. The recording of the Judgment re Substantive Consolidation provided Movant with further notice of the bankruptcy case.

1763603

On August 28, 2015, the Court entered its Order Setting Deadline for Filing Claims Against Substantively Consolidated Debtors [Doc. No. 1435], setting October 13, 2015, as the deadline to file any claims against any of the Consolidated Debtors.

The deadlines to file a proof of claim in this bankruptcy case have now long since passed. Movant had notice of the claims bar date and failed to take any action. Movant therefore cannot be permitted to file a late proof of claim when she has not established that she did not have notice or actual knowledge of the case permitting her to file a timely proof of claim. Federal Rules of Bankruptcy Procedure ("FRBP") 3002, 11 U.S.C § 726 (a)(2)(c). The Movant to date has not filed a proof of claim in the case.

2) Movant's Motion lacks any evidentiary support. The Motion states merely that Kim learned of the bankruptcy case recently when she was served with a Notice of Bankruptcy Stay in her state court proceeding initiated post-petition against the Consolidated Debtors, entitled *Joyce I. Kim vs. Dorothy Matsuba, et. al.,* now pending before the Los Angeles County Superior Court – Central Division, Case No. BC 652659 (the "Kim Action"). See Motion p. 2. The Motion however provides no evidentiary support whatsoever, by declaration or otherwise, to support this assertion. The Motion is devoid of any actual evidence that Movant did not have notice or actual knowledge of the bankruptcy case to permit a late filed claim under § 726. The Motion lacks any evidentiary support for Movant's argument and therefore should be denied. Movant provides no other argument or basis for why a late filed claim should be permitted here. Notice of the claims bar date and this bankruptcy case has been given on multiple occasions.

I.    **FACTUAL BACKGROUND**

On January 9, 2012 (the "Petition Date"), Owner Management Services, LLC (with a variety of fictitious business names), commenced this case by filing a voluntary petition under Chapter 11. On March 14, 2012, the Court entered an order converting this case to one under Chapter 7. David Seror was appointed as the Chapter 7 Trustee of the Estate and continues in that capacity.

This Court set the original deadline for filing claims against the pre-consolidated debtor, Owner Management Service, LLC for July 25, 2012 [Doc. No. 90]. The Trustee in August of 2012 served Notice of the Claims Bar Date by Publication in multiple publications providing the claims

1763603

bar date deadline of July 25, 2012. [Doc. Nos. 410 and 411]

On May 14, 2015, the Court entered its Order and Judgment in a related adversary proceeding granting a motion for summary judgment re substantive consolidation consolidating all the other persons enumerated hereinabove with the original debtor as debtors.  David Seror is the Chapter 7 Trustee of Consolidated Debtors' case.

On August 28, 2015, the Court entered its Order Setting Deadline for Filing Claims Against Substantively Consolidated Debtors [Doc. No. 1435], setting October 13, 2015, as the deadline to file any claims against any of the Consolidated Debtors.  The Court issued a notice of proof of claim deadline on June 10, 2015. Doc. 1336.

As the Court is aware, this bankruptcy case raises many complex legal issues currently being litigated in its various adversary proceedings.

On or about March 3, 2017, Kim filed the Kim Action.  Kim's claim arises in connection with a piece of real property located at 1065 Park Circle Drive, #14, Torrance, CA 90502 (the "Property") which is property of the Estate and is currently being administered by Radford Management Company, Inc.[1]

The Movant filed a motion for relief from stay [Doc. No. 1869] on March 13, 2017.  The Trustee has filed an opposition to said motion which is set to be heard on April 12, 2017.  [Doc No. 1876]

## II.    ARGUMENT

**MOVANT FAILS TO ESTABLISH THAT SHE DID NOT HAVE NOTICE OR ACTUAL KNOWLEDGE OF THE BANKRPUTCY CASE TO PERMIT A LATE FILED CLAIM UNDER 11 U.S.C § 726(a)(2)(C) WHEN TRUSTEE PROPERLY NOTICED THE CLAIMS BAR DATE BY PUBLICATION.**

Creditors are required to file timely claims or otherwise be barred.  Pursuant to FRBP 3003(c)(3), the court "shall fix and for cause shown may extend the time within which proofs of

---

[1] The state court action was filed almost 1 and a ½ years after the claims bar date, almost 5 years after the initial Chapter 11 filing, and almost 2 years after substantive consolidation.

claim or interests may be filed." The only exception to a creditor filing a late proof of claim is under 11 U.S.C. § 726(a)(2)(C) which permits filed claim if the creditor did not have notice or actual knowledge of the case in time to file the proof of claim. Here, the Court originally set a claims bar date for July 25, 2012. [Doc. No. 90] In August of 2012, the Trustee provided Notice of Claims Bar Date by Publication in multiple publications informing creditors of the claims bar date set in the case.[2] Thereafter, the Trustee recorded the Judgment re Substantive Consolidation in various counties. On August 28, 2015, the Court entered its Order Setting Deadline for Filing Claims Against Substantively Consolidated Debtors [Doc. No. 1435], setting October 13, 2015, as the deadline to file any claims against any of the Consolidated Debtors.

While Movant argues that she did not have notice or knowledge of the bankruptcy case until most recently, there is no evidence to support the argument in the Movant's papers. Instead, the Movant is deemed to have had notice of the claims bar date through the Notice of Claims Bar Date by Publication first served by the Trustee in 2012. Movant provides no authority for the proposition that she is entitled to file a late filed claim. The Movant's Motion also provides no evidence to show that she was not aware of the bankruptcy case until most recently in March of 2017 when the Trustee filed a notice of bankruptcy stay in the Kim Action. The Kim Action was filed in March of 2017, almost five (5) years after the bankruptcy filing.

Now, almost four years past the original claims bar date and almost year and half past the extended deadline to file a proof of claim against the Consolidated Debtor, the Movant seeks to file a late claim, after the Movant's filing of the state court action, without any evidentiary support for her assertion that she did not have timely notice or actual knowledge of the bankruptcy. Furthermore, Movant provides no other argument, basis or authority for why a late filed claim should be permitted here. The Movant's request to file a late filed claim must be denied and she should be barred from filing same.

///

///

---

[2] Courts have permitted publication of notices where the debtor cannot identify all of its creditors. *In re A.H. Robins Co.*, 59 B.R. 99 (Bankr. D. Va. 1986).

1

## III.    CONCLUSION

2          Based on the foregoing reasons, the Trustee requests that the Movant's Motion be denied.

3

4   DATED:  April 10, 2017                          BRUTZKUS GUBNER

5

6                                                   By: /s/ Talin Keshishian

7                                                       Talin Keshishian
                                                    Attorneys for, David Seror, Chapter 7 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1763603

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA  91367.**

A true and correct copy of the foregoing document entitled: **CHAPTER 7 TRUSTEE'S OPPOSITION TO NOTICE AND MOTION TO FILE LATE CLAIM ON BEHALF OF JOYCE I. KIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 11, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven J Barkin**     stevenbarkin@gmail.com

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **April 11, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd., Suite 324
Woodland Hills, CA  91367

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 11, 2017 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1763603

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**

- **Sean D Allen**    sda@sghoalaw.com
- **Gregory J Babcock**    gbabcockecf@hotmail.com
- **Julian K Bach**    Julian@Jbachlaw.com, julianbach@sbcglobal.net
- **Jessica L Bagdanov**    jbagdanov@brutzkusgubner.com, ecf@brutzkusgubner.com
- **Leslie M Baker**    L.baker@oms-llc.com
- **Leslie M Baker**    lesliebaker@earthlink.net
- **Jason Balitzer**    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;slee@sulmeyerlaw.com
- **Justin D Balser**    justin.balser@akerman.com, toni.domres@akerman.com;elizabeth.streible@akerman.com;katherine.macelwain@akerman.com;tamara.landgren@akerman.com;nick.mangels@akerman.com
- **Andrew Bao**    aabao@wolfewyman.com, kabeall@wolfewyman.com
- **Adam N Barasch**    anb@severson.com, dgl@severson.com;efiling@severson.com
- **Steven J Barkin**    stevenbarkin@gmail.com
- **James C Bastian**    jbastian@shbllp.com
- **Reed Bernet**    rbernet@brutzkusgubner.com, ecf@brutzkusgubner.com
- **Reagan E Boyce**    rboyce@brutzkusgubner.com, ecf@brutzkusgubner.com
- **Nathaniel M Brodnax**    bankruptcy@zievelaw.com
- **Patrick K Bruso**    bruso005@umn.edu
- **Joely Khanh Linh Bui**    wdk@wolffirm.com
- **Kim A Bui**    kbui@allenmatkins.com
- **Katherine Bunker**    kate.bunker@usdoj.gov
- **Richard Burstein**    rburstein@brutzkusgubner.com, ecf@brutzkusgubner.com
- **Chad L Butler**    ecfcacb@piteduncan.com
- **Brendt C Butler - SUSPENDED -**    brendt.butler@gmail.com
- **Jonathan C Cahill**    ecfcacb@aldridgepite.com, jcahill@aldridgepite.com;JCC@ecf.inforuptcy.com
- **Drew A Callahan**    dcallahan@aldridgepite.com, unionbankecf@aldridgepite.com
- **Anthony P Cara**    , Martha.ormonde@gmail.com
- **Caren J Castle**    wdk@wolffirm.com, wdk@wolffirm.com
- **Harris L Cohen**    hcohen00@aol.com
- **Deborah Conley**    bankruptcyecfmail@mccallaraymer.com
- **Theron S Covey**    tsc@tblaw.com, CAECF@tblaw.com
- **Donald H Cram**    dhc@severson.com, jc@severson.com
- **Natalie B. Daghbandan**    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- **Nicolas A Daluiso**    ndaluiso@robinsontait.com, ssears@robinsontait.com;mhunter@robinsontait.com;ncarson@robinsontait.com;tbitney@robinsontait.com;nquarnstrom@robinsontait.com
- **Ryan M Davies**    rdavies@zievelaw.com, bankruptcy@zievelaw.com
- **Michael W Davis**    mdavis@brutzkusgubner.com, ecf@brutzkusgubner.com
- **Joseph C Delmotte**    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Mark T. Domeyer**    mdomeyer@denleyinvestment.com
- **Jacqueline S Eberhard**    bknotice@mccarthyholthus.com
- **Howard M Ehrenberg**    hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com
- **Mark D Estle**    mdestle@estlelaw.com
- **Dane W Exnowski**    dane.exnowski@buckleymadole.com, cabk@BuckleyMadole.com
- **Bryan S Fairman**    ecfcacb@aldridgepite.com, BSF@ecf.inforuptcy.com;bfairman@aldridgepite.com
- **Fahim Farivar**    ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com,sgaeta@bakerlaw.com
- **Susan L Ferguson**    Susan.L.Ferguson@gmail.com

- **Michelle T Fernandez**   mfernandez@fiorelaw.com
- **Edward J Fetzer**   edwardfetzer@gmail.com, caecf@tblaw.com
- **Daniel K Fujimoto**   wdk@wolffirm.com
- **Daniel K Fujimoto**   wdk@wolffirm.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Michelle R Ghidotti**   mghidotti@ghidottilaw.com, ECFNotifications@ghidottilaw.com
- **Philip J Giles**   giles.phil@gmail.com
- **Nichole Glowin**   nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Nichole Glowin**   nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Steven M Gluck**   sgluck@juno.com
- **Michael R Gonzales**   lbcecf@bvwlaw.com
- **Steven T Gubner**   sgubner@brutzkusgubner.com, ecf@brutzkusgubner.com
- **Steven T Gubner**   sgubner@ebg-law.com, ecf@brutzkusgubner.com
- **Kevin Hahn**   kevin@mclaw.org
- **Coby R Halavais**   coby@halavaislaw.com
- **Coby R Halavais**   coby@halavaislaw.com
- **Teresa Y Hillery**   teresa.hillery@fnf.com
- **Jonathan M Hurst**   jonathanhurstlaw@gmail.com, theresa.macaulay@bryancave.com
- **Jonathan M Hurst**   jon.hurst@bryancave.com, theresa.macaulay@bryancave.com
- **Michael D Iverson**   mdiversonesq@hotmail.com
- **Merdaud Jafarnia**   bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Starlet J Japp**   sjapp@amslca.com, bnc@amslca.com
- **Cori B Jones**   cjones@wrightlegal.net, spolin@wrightlegal.net
- **James A Judge**   james@thejudgefirm.com, anja@thejudgefirm.com
- **Neil B Katz**   neilkatz@pacbell.net
- **Talin Keshishian**   tkeshishian@brutzkusgubner.com, ecf@brutzkusgubner.com
- **Talin Keshishian**   tkeshishian@ebg-law.com, ecf@brutzkusgubner.com
- **John W Kim**   johnkim@jwklawgroup.com
- **William W Kim**   william@parkandlim.com
- **Yale K Kim**   ykim@allenmatkins.com, lpanderson@allenmatkins.com
- **Alyssa B Klausner**   abk@sghoalaw.com
- **Leslie M Klott**   bankruptcy@zievelaw.com
- **Jason C Kolbe**   bknotice@rcolegal.com
- **Michael D Kolodzi**   mdk@mdklawfirm.com
- **Bernard J Kornberg**   bjk@severson.com, elw@severson.com
- **Bernard J Kornberg**   bjk@severson.com, elw@severson.com
- **David S Kupetz**   dkupetz@sulmeyerlaw.com,
dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- **Laszlo Ladi**   lladi@mccarthyholthus.com
- **Asya Landa**   cmartin@pralc.com, ecfcca@ecf.courtdrive.com
- **Erin L Laney**   ecfcacb@piteduncan.com
- **Matthew B Learned**   mlearned@mccarthyholthus.com, schoi@mccarthyholthus.com
- **Nancy L Lee**   bknotice@mccarthyholthus.com, nlee@mccarthyholthus.com
- **Bryan Leifer**   bryan.leifer@lewisbrisbois.com, bonnie.reinhard@lewisbrisbois.com
- **Halie Leonard**   hleonard@pralc.com, cmartin@pralc.com
- **Jonathan A Loeb**   jloeb@blankrome.com, fpippo@blankrome.com
- **Erica T Loftis**   Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com
- **Terry Loftus**   bknotice@mccarthyholthus.com, tloftus@mccarthyholthus.com
- **Melissa Davis Lowe**   mdavis@shbllp.com, sswartzell@shbllp.com
- **Joe M Lozano**   notice@NBSDefaultServices.com
- **Erin A Maloney**   EMaloney@fiorelaw.com
- **Jeannette Marsala**   jmarsala@marsalalawfirm.com, jmarsala@marsalalawfirm.com
- **Angie M Marth**   amarth@logs.com, ssali@logs.com
- **J. Barrett Marum**   bmarum@sheppardmullin.com, egarcia@sheppardmullin.com

1763603

- **David E McAllister**    ecfcacb@aldridgepite.com, dem@ecf.inforuptcy.com;dmcallister@aldridgepite.com
- **Erin M McCartney**    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
- **William F McDonald**    Caecf@tblaw.com, wfm@tblaw.com;snchampney@tblaw.com
- **Ashley M McDow**    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- **Reed M Mercado**    rmercado@sheppardmullin.com
- **Jennifer S Muse**    jsm@amclaw.com, lmg@amclaw.com,amc@amclaw.com
- **Marisol A Nagata**    cdcaecf@bdfgroup.com
- **Natalie T Nguyen**    nnguyen@piteduncan.com
- **Brian Nomi**    briannomi@yahoo.com
- **Patrick R Noonan**    PNoonan@bosslawfirm.com, PNoonan@bosslawfirm.com
- **Christina J O**    christinao@mclaw.org, CACD_ECF@mclaw.org
- **Sherrill A Oates**    soates@smithdollar.com, dsmith@smithdollar.com;rsutherland@smithdollar.com;mjones@smithdollar.com
- **Chanel L Oldham**    coldham@frandzel.com, bwilson@frandzel.com
- **Parada K. Ornelas**    ecfcacb@piteduncan.com
- **Renee M Parker**    bknotice@earthlink.net, renee.parker@mtglawfirm.com
- **Joseph S Perry**    jsperry@rewlaw.com
- **Misty A Perry Isaacson**    misty@ppilawyers.com, ecf@ppilawyers.com
- **David M Poitras**    dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- **Michael Poole**    Tonyqlaw@gmail.com, mpoole25@gmail.com;mpoole@socal.rr.com
- **Stuart W Price**    swprice@bryancave.com, apameh.vaziri@bryancave.com
- **Casper J Rankin**    ecfcacb@aldridgepite.com, CJR@ecf.inforuptcy.com
- **Richard J Reynolds**    rreynolds@bwslaw.com, psoeffner@bwslaw.com;tmims@bwslaw.com;rjr-nef@bwslaw.com;fcabezas@bwslaw.com
- **Irina C Ribeiro**    ecfcacb@piteduncan.com
- **Cassandra J Richey**    cmartin@pralc.com, ecfcca@ecf.courtdrive.com
- **Melissa Robbins Coutts.**    mcoutts@mccarthyholthus.com, jfiedler@mccarthyholthus.com
- **Ricardo Rozen**    rrozen@wrslawyers.com
- **Timothy M Ryan**    tryan@theryanfirm.com, ecf@theryanfirm.com
- **Diego Santana**    anja@thejudgefirm.com
- **Edward G Schloss**    egs2@ix.netcom.com
- **John D Schlotter**    ecfmail@aclawllp.com
- **Valerie J Schratz**    vschratz@greenhall.com
- **David Seror**    dseror@brutzkusgubner.com, ecf@brutzkusgubner.com
- **David Seror (TR)**    kpscion@ebg-law.com, C133@ecfcbis.com
- **David Seror (TR)**    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- **Timothy J Silverman**    tsilverman@scheerlawgroup.com
- **Ryan P Spitalnick**    bnc@amslca.com, vaguirre@amslca.com
- **Richard P Steelman**    ricky.steelman@bryancave.com, Debbie.Throckmorton@BryanCave.com
- **Jeffrey L Sumpter**    jsumpter@epiqtrustee.com, jsumpter@cbiz.com
- **Brian H Tran**    bankruptcy@zievelaw.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **Meghann A Triplett**    Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
- **Ronald D Tym**    RTym@Tymfirm.com
- **Ronald D Tym**    RTym@Tymfirm.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Carol G Unruh**    cgunruh@sbcglobal.net
- **Thomas B Ure**    tbuesq@aol.com, ThomasUre@aol.com
- **Gagan G Vaideeswaran**    ecfcacb@aldridgepite.com, GGV@ecf.inforuptcy.com
- **Melissa A Vermillion**    cmartin@pralc.com, ecfcca@ecf.courtdrive.com
- **Darlene C Vigil**    cdcaecf@bdfgroup.com
- **Darlene C Vigil**    cdcaecf@bdfgroup.com

- **Katherine S Walker**    kwalker@amslca.com, bnc@amslca.com
- **Kristin S Webb**    bknotice@rcolegal.com, RCO@ecf.inforuptcy.com
- **Edward T Weber**    bknotice@rcolegal.com
- **Sharon Z. Weiss**    sharon.weiss@bryancave.com, raul.morales@bryancave.com
- **Kristi M Wells**    bknotice@rcolegal.com, RCO@ecf.inforuptcy.com
- **Steven Werth**    swerth@sulmeyerlaw.com,
  asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
- **Reilly D Wilkinson**    rwilkinson@scheerlawgroup.com
- **Bethany Wojtanowicz**    bethanyw@w-legal.com, BNC@w-legal.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com
- **Lukasz I Wozniak**    Lwozniak@wrightlegal.net
- **Lisa R Yamasaki**    Lisa.r.Yamasaki@gmail.com, lisa.r.yamasaki@gmail.com
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com
- **Michael D Zeff**    jessicak@rosenthalzeff.com
- **Les A Zieve**    bankruptcy@zievelaw.com
- **Kristin A Zilberstein**    bknotice@mccarthyholthus.com,
  kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com
- **Kristin A Zilberstein**    bknotice@mccarthyholthus.com,
  kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com
- **Debora M Zumwalt**    bankruptcy@epsten.com, rlopez@epsten.com
- **Debora M Zumwalt**    bankruptcy@epsten.com, rlopez@epsten.com

11

1763603